

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-14-00063-CV

Hetul **BHAKTA** d/b/a Budget Inn,
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellee's motion to dismiss is GRANTED.

For good cause, costs of appeal are assessed against the party that incurred them. *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on April 16, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle, Clerk